1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LUIS RAMIREZ,

                    Plaintiff,

    v.

KINGS MORTGAGE SERVICES, INC., et al.,

                  Defendants.

_____/

CASE NO. 1:12-cv-01109-AWI-SKO

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Docket No. 2)

      Plaintiff Luis Ramirez filed a complaint on July 10, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.)  Plaintiff's applications demonstrate entitlement to proceed without prepayment of fees.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

**Dated:   September 6, 2012**          _____/s/ Sheila K. Oberto_____
                                 UNITED STATES MAGISTRATE JUDGE