# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LUIS RAMIREZ,

                Plaintiff,

    v.

KINGS MORTGAGE SERVICES, INC.,
et al.,

                Defendants.

_____/

CASE NO. 1:12-cv-01109-AWI-SKO

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Docket No. 2)

      Plaintiff Luis Ramirez filed a complaint on July 10, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.)  Plaintiff's applications demonstrate entitlement to proceed without prepayment of fees.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

**Dated:    September 6, 2012**                    _____/s/ Sheila K. Oberto_____
                                   UNITED STATES MAGISTRATE JUDGE